1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12  IN RE: BEXTRA AND CELEBREX           ) Case No. 06-7816 CRB
    MARKETING SALES PRACTICES AND        )
13  PRODUCT LIABILITY LITIGATION         ) MDL NO. 1699
                                         ) District Judge: Charles R. Breyer
14  ─────────────────────────────────────)
                                         )
15  Edna Alexander,                      )
                                         ) **STIPULATION AND ORDER OF**
16                       Plaintiffs,     ) **DISMISSAL WITH PREJUDICE**
                                         )
17              vs.                      )
                                         )
18  Pfizer Inc., et al.                  )
                         Defendants.     )
19                                       )

20
        Come now the Plaintiffs, Edna Alexander, and Defendants, by and through the
21
    undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
22
    stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with
23
    each side bearing its own attorneys' fees and costs.
24

25

26      DATED:  Jan. 12, 2010         MATTHEWS & ASSOCIATES

27
                                      By: _____
28                                        David P. Matthews
                                          *Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: Jan. 12, 2010       DLA PIPER LLP (US)

By: _____
       Michelle W. Sadowsky
       *Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010       _____
                                          Hon. Charles R. Breyer
                                          United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**